FILED
2021 Mar-03 PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **FREDERICK FORD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:20-cv-703-ACA-GMB |
| **WARDEN ROBINSON,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

The Magistrate Judge entered a report recommending that Plaintiff Frederick Ford's claims against all defendants except for Officer Dyette be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b), for failing to state a claim upon which relief can be granted. (Doc. 9). The Magistrate Judge further recommended that Mr. Ford's excessive force claim against Officer Dyette be referred to the Magistrate Judge for further proceedings. (Doc. 9 at 9). Although the Magistrate Judge advised Mr. Ford of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. Accordingly, the court **DISMISSES WITHOUT PREJUDICE** Mr. Ford's claims against

Defendants Warden Robinson and Captain Langford, pursuant to 28 U.S.C. § 1915A(b). Further, the court **REFERS** Mr. Ford's excessive force claim against Defendant Officer Dyette to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this March 3, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE